# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| ROY HENDERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:09CV1727 CDP |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before me on movant's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. Movant seeks to vacate this Court's June 29, 2006, Judgment sentencing him to an aggregate sentence of 182 months' imprisonment. Movant claims that he has newly discovered evidence regarding the police officers' misconduct leading to his arrest.

Movant previously brought a § 2255 motion challenging his June 29, 2006, Judgment. See Henderson v. United States of America, 4:07CV1157 CDP (E.D. Mo.). I denied the motion on June 8, 2009.

Title 28 U.S.C. § 2255(h) states,

> A second or successive motion must be certified as provided in section 2244 by a panel of the appropriate court of appeals to contain–
>
> (1) newly discovered evidence that, if proven and viewed in light of the evidence as a whole, would be sufficient to

establish by clear and convincing evidence that no reasonable factfinder would have found the movant guilty of the offense; or

(2) a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable.

The instant § 2255 motion is successive. Additionally, movant has not received certification from the United States Court of Appeals for the Eighth Circuit to file the instant § 2255 motion. As a result, I am without authority to entertain the motion, and I will dismiss it without prejudice. If movant wishes to pursue this action, he must do so in the United States Court of Appeals for the Eighth Circuit.

Accordingly,

**IT IS HEREBY ORDERED** that movant's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 is **DISMISSED** without prejudice.

An Order of Dismissal will accompany this Memorandum and Order.

Dated this 4th day of November, 2009.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE